**No. 58844.**—Barnett International Forwarders, Inc. *v.* United States, protest 242616–K (New York).

Opinion by WILSON, J.   An examination of the official papers failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was overruled.

BEFORE THE SECOND DIVISION, MARCH 17, 1955

**No. 58845.**—Voss Cutlery Co., Inc. *v.* United States, protest 237723–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of scissor blades similar in all material respects to those the subject of Abstract 58172, the claim of the plaintiff was sustained.

**No. 58846.**—Imperial International Corp. *v.* United States, protest 238339–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of scissor blades similar in all material respects to those the subject of Abstract 58172, the claim of the plaintiff was sustained.

**No. 58847.**—Hyman-Michaels Company *v.* United States, protest 221796–K (Galveston).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of seamless steel oil-well casings similar in all material respects to those the subject of *United States* v. *Winkler-Koch Engineering Co.* (41 C. C. P. A. 121, C. A. D. 540), the claim of the plaintiff was sustained.